**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 452 WAL 2017
:
           Respondent           :
                          :  Petition for Allowance of Appeal from
                          :  the Order of the Superior Court
          v.               :
:
:
JONATHAN GARRETT UPTON,     :
:
           Petitioner           :

**<u>ORDER</u>**

**PER CURIAM**

    **AND NOW**, this 22nd day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.